█ UTICA NATIONAL INSURANCE GROUP, as Subrogee of Marianne Ellis and Another, Respondent, v OUR TOUCH, INC., Appellant, et al., Defendant. [971 NYS2d 720]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered April 11, 2012. The order, among other things, denied the motion of defendant Our Touch, Inc., seeking summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.